IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Symbology Innovations, LLC<br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>The Aaron's Company, Inc. d/b/a BrandsMart U.S.A., Inc.,<br>　　　　　*Defendant*. | )<br>)<br>)　Case No.: 2:23-cv-00268<br>)<br>)<br>)　Judge Rodney Gilstrap<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR CV-12, Defendant The Aaron's Company, Inc. ("Aaron's"), by and through its undersigned counsel, moves to extend the time for Defendant Aaron's to object, respond to, move, or otherwise answer Plaintiff's complaint (Dkt. No. 1). Defendant Aaron's requests a fifteen (15) day extension of time for Defendant's answer up to and including August 27, 2023.

In support of this Motion, Defendant Aaron's shows the following:

1.　Defendant Aaron's received the Complaint by service on its registered agent on June 7, 2023.

2.　The initial deadline to answer or otherwise respond was June 28, 2023.

3.　Defendant Aaron's previously sought, and on June 26, 2023, the Court granted, a first 30-day extension of time for Defendant Aaron's to answer or otherwise respond to the Complaint—extending the deadline to July 28, 2023.

4.	Defendant Aaron's further sought, and on July 27, 2023, the Court granted, a second 30-day extension of time for Defendant Aaron's to answer or otherwise respond to the Complaint—extending the deadline to August 12, 2023.

5.	Plaintiff Symbology Innovations, LLC consents to a third requested extension of the deadline, up to and including August 27, 2023.

6.	This motion is made in good faith, as the parties need additional time to consider the issues and continue discussing potential resolution, and Defendant needs additional time to answer or otherwise respond to Plaintiff's Complaint.

7.	This motion is not made for delay, but only to permit orderly resolution of issues in the case. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff is not opposed to the extension of time sought in this motion.

WHEREFORE, for good cause shown, Defendant Aaron's respectfully requests that the Court grant the motion and extend the time to answer or otherwise respond to the Complaint to and including August 27, 2023. A proposed Order is submitted with this motion.

Dated:  August 11, 2023                                          Respectfully submitted,

*/s/ Eric J. Maiers*
Eric J. Maiers
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400

*Counsel for Defendant.*