UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br>   *Plaintiff,*<br><br>v.<br><br>THE AARON'S COMPANY, INC.<br>d/b/a BRANDSMART U.S.A., INC.,<br>   *Defendant.* | Case No. 2:23-cv-00268-JRG<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC respectfully submits this notice of voluntary dismissal with prejudice of Defendant The Aaron's Company, Inc. d/b/a Brandsmart U.S.A., Inc.

Dated: August 25, 2023

Respectfully Submitted,

*/s/ René A. Vazquez*
René A. Vazquez
  Virginia Bar No. 41988
  rvazquez@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 25, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

                                                                                                              */s/ René A. Vazquez*
                                                                                                              René A. Vazquez