IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE AARON'S COMPANY, INC. DBA BRANDSMART U.S.A., INC.,<br><br>*Defendant*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00268-JRG |

### ORDER

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff Symbology Innovations, LLC ("Symbology"). (Dkt. No. 14). In the Notice, Symbology informs the Court that it is voluntarily dismissing with prejudice all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 28th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE